IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

THE HARVESTER, INC., d/b/a Commonwealth Architects,

Plaintiff,

v.

Civil Action Number 3:09cv358

RULE JOY TRAMMELL + RUBIO, LLC,

Defendant.

## ORDER

This matter is before the Court on the Defendant's motion for summary judgment (Docket No. 39). For the reasons stated in the accompanying Memorandum Opinion, the Defendant's motion is DENIED.

. It is so ORDERED.

Let the Clerk send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

June 3, 2010
DATE

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE